# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00630-JLK

OTTER PRODUCTS, LLC, et al.,

    Plaintiffs,

v.

CLOUDSELLER, LLC, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF NO. 23)

This matter is before me on Plaintiffs' Motion for Leave to File Second Amended Complaint or, Alternatively, for Extension of Time to Respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 23).

Pursuant to Rule 15(a)(2), a party may amend its pleading "only with the opposing party's written consent or the court's leave," and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Whether to grant a motion to amend is within the trial court's discretion. *Woolsey v. Marion Labs, Inc.*, 934 F.2d 1452, 1462 (10th Cir. 1991).

Defendants filed a motion to dismiss Plaintiffs' initial complaint (ECF No. 19), and then filed a motion to dismiss Plaintiffs' amended complaint (ECF No. 22). My Pretrial and Trial Procedures state, "Rule 12(b) motions are discouraged if the defect is correctable by an amended pleading. Counsel should confer before the filing of the motion if the deficiency is correctable by amendment and should exercise their best efforts to stipulate to appropriate amendments." *See* http://www.cod.uscourts.gov/JudicialOfficers/SeniorArticleIIIJudges/HonJohnLKane.aspx.

1

I find there is no bad faith, dilatory motive, or undue delay by Plaintiffs, and that good cause exists to allow Plaintiffs to file a second amended complaint. Given that the case is in its early stages, Defendants will not be prejudiced by allowing the Plaintiffs to amend their complaint. Defendants may refile their motion to dismiss or file an amended responsive pleading in relation to the second amended complaint, as provided below.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 23) is GRANTED;

2. Plaintiffs shall file their second amended complaint as the operative complaint in this action, in a separate docket entry;

3. Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 19) and Motion to Dismiss Amended Complaint (ECF No. 22) are DENIED as moot;

4. Defendants shall have fourteen (14) days from the filing of the second amended complaint to file a responsive pleading or to refile their previous motion to dismiss as the operative responsive pleading.

DATED this 19th day of June, 2019.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE